

IN THE
TENTH COURT OF APPEALS

_____

No. 10-12-00021-CV

IN THE ESTATE OF BILLY JACK MOTT, DECEASED,

_____

From the County Court
Navarro County, Texas
Trial Court No. P17905

## MEMORANDUM  OPINION

Appellant, Susan Slovak, has filed a motion for voluntary dismissal of her appeal in this matter.  *See* TEX. R. APP. P. 42.1(a)(1).  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 23, 2012
[CV06]